1  **MCGUIREWOODS LLP**
   SALWA S. KAMAL SBN #327108
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA  94111-3821
   Telephone:  415.844.9944
4  Facsimile:  415.844.9922
   Email: skamal@mcguirewoods.com
5
6  *Attorneys for Defendant Santander Consumer USA Inc. dba Chrysler Capital (erroneously named as FCA US, LLC)*
7
8
9  **UNITED STATES DISTRICT COURT**

   **EASTERN DISTRICT OF CALIFORNIA**
10
11
12 | JESSICA TOLES, | Case No.: 2:24-cv-00303-JDP |
   |        Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |
13 |     v. | |
14 | FCA US, LLC, | |
15 |        Defendant. | |

# **ORDER**

On March 4, 2024, Plaintiff Jessica Toles ("Plaintiff") and Defendant Santander Consumer USA Inc. dba Chrysler Capital (erroneously named as FCA US, LLC) ("Chrysler Capital") filed a Joint Stipulation to Compel Arbitration and Stay Proceedings ("Stipulation"). Having considered the Stipulation, the papers filed in this action, and good cause appearing, the Court orders as follows:

1. Plaintiff's claims against Chrysler Capital are compelled to arbitration pursuant to the terms of the Lease;

2. The parties shall arbitrate with the American Arbitration Association;

3. The matter is stayed pending the completion of arbitration.

4. The parties shall file a status report every sixty days apprising the court of the status of arbitration.

5. Defendant's motion to compel arbitration, ECF No. 4, is denied as moot, and the April 25, 2024 hearing is vacated.

IT IS SO ORDERED.

Dated:   March 20, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE