GEORGE A. RIOS, III (303099)
George.Rios@dinsmore.com
LEXI J. EPLEY (342428)
Lexi.Epley@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, California 92101
Tele:  619-400-0500
Fax:   619-400-0501

Counsel for Defendant,
FIFTH THIRD BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Jessica Toles and Shana Cole | Case No.: 2:24-cv-00303-JDP |
| Plaintiffs, | Complaint filed: January 25, 2024 |
| v. | **[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT FIFTH THIRD BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Equifax Information Services, LLC, Experian Information Solutions, Inc., TransUnion, LLC, Ally Financial Inc., Bank of America, N.A., Global Lending Services LLC, Gill Motors, Inc., Westlake Services, LLC, Wells Fargo Bank N.A., Fifth Third Bank, N.A., EchoPark Automotive, Inc., Chase Bank, N.A., TD Bank, N.A., and Gill Motors Tracy, Inc. | |
| Defendant. | |

1

[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT FIFTH THIRD BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT

# **ORDER**

Having considered the stipulation of Defendant FIFTH THIRD BANK, N.A. ("Fifth Third") and Plaintiffs JESSICA TOLES and SHANA COLE (collectively "Plaintiffs") (Fifth Third and Plaintiffs collectively referred to herein as the "Parties") for an order extending Fifth Third's time to file a responsive pleading to Plaintiffs' First Amended Complaint (Dkt. No.18) as follows:

1. Fifth Third may file a response to Plaintiffs' First Amended Complaint on or before September 9, 2025.

IT IS SO ORDERED.

Dated: __August 8, 2025__                    _____
                                             JEREMY D. PETERSON
                                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT FIFTH THIRD BANK, N.A.
TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT