**MCGUIREWOODS LLP**
DELEYLA A. LAWRENCE SBN #284562
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
Email: dlawrence@mcguirewoods.com

**MCGUIREWOODS LLP**
SALWA S. KAMAL SBN #327108
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
Email: skamal@mcguirewoods.com

Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA TOLES AND SHANA COLE,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, ALLY FINANCIAL, INC., BANK OF AMERICA, N.A., GLOBAL LENDING SERVICES, LLC, GILL MOTORS, INC., WESTLAKE SERVICES, LLC, WELLS FARGO BANK, N.A., FIFTH THIRD BANK, N.A., ECHOPARK AUTOMOTIVE, INC., CHASE BANK, N.A., TD BANK, N.A. AND GILL MOTORS TRACY, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-0303-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO L.R. 144; FRCP 6**<br><br>Current Response Deadline: 08/28/2025<br>New Response Deadline:     09/29/2025<br><br><br><br>Complaint Filed:      01/08/2025<br>1st Amended Complaint Filed: 4/16/2025 |

2:24-cv-00303-JDP                                     -1-

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 144, FRCP 6)

**[PROPOSED] ORDER**

Pursuant to the Stipulation made by and between Plaintiffs Jessica Toles and Shana Cole ("Plaintiffs") and Defendant Bank of America, N.A. ("BANA") through their respective counsel, this Court orders as follows:

It is **ORDERED** that BANA's time to file a responsive pleading in this action shall be extended by fourteen days up to and including September 29, 2025.

IT IS SO ORDERED.

Dated:   August 29, 2025                             _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE