1  GEORGE A. RIOS, III (303099)
   George.Rios@dinsmore.com
2  LEXI J. EPLEY (342428)
   Lexi.Epley@dinsmore.com
3  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 800
4  San Diego, California 92101
   Tele:   619-400-0500
5  Fax:    619-400-0501
6
7  Counsel for Defendant,
   FIFTH THIRD BANK, N.A.
8
9              **UNITED STATES DISTRICT COURT**
10      **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**
11

| | |
|---|---|
| Jessica Toles and Shana Cole | Case No.: 2:24-cv-0303-JDP |
| Plaintiffs, | Complaint filed: January 25, 2024 |
| v. | ~~**[PROPOSED]**~~ **ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT FIFTH THIRD BANK, N.A. TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| Equifax Information Services, LLC, Experian Information Solutions, Inc., TransUnion, LLC, Ally Financial Inc., Bank of America, N.A., Global Lending Services LLC, Gill Motors, Inc., Westlake Services, LLC, Wells Fargo Bank N.A., Fifth Third Bank, N.A., EchoPark Automotive, Inc., Chase Bank, N.A., TD Bank, N.A., and Gill Motors Tracy, Inc. | |
| Defendant. | |

1

**<u>ORDER</u>**

2      Having considered the stipulation of Defendant FIFTH THIRD BANK, N.A. ("Fifth Third")

3   and Plaintiffs JESSICA TOLES and SHANA COLE (collectively "Plaintiffs") (Fifth Third and

4   Plaintiffs collectively referred to herein as the "Parties") for an order extending Fifth Third's time to

5   file a responsive pleading to Plaintiffs' First Amended Complaint (Dkt. No.18) as follows:

6          1.  Fifth Third may file a response to Plaintiffs' First Amended Complaint on or before

7              September 30, 2025.

8

9   IT IS SO ORDERED.

10

Dated:   September 4, 2025          _____

11                                   JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT FIFTH THIRD BANK, N.A.
TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT