Todd A. Pickles (#215629)
Henry A. Stroud (#342479)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tel: 916.442.1111
Fax: 916.448.1709
picklest@gtlaw.com
Henry.Stroud@gtlaw.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA TOLES and SHANA COLE,<br><br>                    Plaintiffs,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; ALLY FINANCIAL INC.; BANK OF AMERICA N.A.; GLOBAL LENDING SERVICES LLC; GILL MOTORS, INC.; WESTLAKE SERVICES, LLC; WELLS FARGO BANK N.A.; FIFTH THIRD BANK, N.A.; ECHOPARK AUTOMOTIVE, INC.; CHASE BANK, N.A.; TD BANK, N.A.; and GILL MOTORS TRACY, INC.,<br><br>                    Defendants. | CASE NO. 2:24-cv-00303-JDP<br><br>[Assigned to Hon. Jeremy Peterson]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Action Filed:   January 25, 2024<br>Trial Date:      None Set |

# [PROPOSED] ORDER

Having considered the stipulation of Defendant Chase Bank, N.A. ("Defendant") and Plaintiffs Jessica Toles and Shana Cole (collectively "Plaintiffs") for an order extending Defendant's time to file a responsive pleading to Plaintiffs' First Amended Complaint (Dkt. No. 18), the Court rules as follows:

1. Chase Bank, N.A. may file a response to Plaintiffs' First Amended Complaint on or before September 25, 2025.

IT IS SO ORDERED.

Dated: September 15, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE