**MCGUIREWOODS LLP**
Anthony Q. Le SBN #300660
ale@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310-315-8200
Fax: 310-315-8210

Alexandra S. Farley SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendant TD Bank, N.A.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA TOLES AND SHANA COLE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION, LLC, ALLY FINANCIAL INC., BANK OF AMERICA N.A., GLOBAL LENDING SERVICES LLC, GILL MOTORS, INC., WESTLAKE SERVICES, LLC, WELLS FARGO BANK N.A., FIFTH THIRD BANK, N.A., ECHOPARK AUTOMOTIVE, INC., CHASE BANK, N.A., TD BANK, N.A., AND GILL MOTORS TRACY, INC.,<br><br>Defendant. | CASE NO. 2:24-cv-00303-JDP<br><br>Judge Jeremy D. Peterson<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>FAC Filed: April 16, 2025<br>Current Response Date: September 16, 2025<br>Proposed Response Date: October 16, 2025 |

CASE NO. 2:24-cv-00303-JDP
[~~PROPOSED~~] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT

## [PROPOSED] ORDER

Having considered the stipulation of Plaintiffs Jessica Toles and Shana Cole ("Plaintiffs") and Defendant TD Bank, N.A. ("TDBNA") (collectively, the "Parties") for an order extended TDBNA's time to respond to the First Amended Complaint (Dkt. 18), the Court rules as follows:

1.     TDBNA may file a response to Plaintiffs' First Amended Complaint on or before October 16, 2025.

IT IS SO ORDERED.

Dated:   September 15, 2025                              _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE

-1-     CASE NO. 2:24-cv-00303-JDP
[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT