Todd A. Pickles (#215629)
Alexander L. Nowinski (#304967)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tel: 916.442.1111
Fax: 916.448.1709
picklest@gtlaw.com
alexander.nowinski@gtlaw.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA TOLES and SHANA COLE, <br><br> Plaintiffs, <br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANSUNION, LLC; ALLY FINANCIAL INC.; BANK OF AMERICA N.A.; GLOBAL LENDING SERVICES LLC; GILL MOTORS, INC.; WESTLAKE SERVICES, LLC; WELLS FARGO BANK N.A.; FIFTH THIRD BANK, N.A.; ECHOPARK AUTOMOTIVE, INC.; CHASE BANK, N.A.; TD BANK, N.A.; and GILL MOTORS TRACY, INC., <br><br> Defendants. | CASE NO. 2:24-cv-00303-JDP <br><br> [Assigned to Hon. Jeremy Peterson] <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> Action Filed: January 25, 2024 <br> Trial Date: None Set |

2:24-cv-00303-JDP

[PROPOSED] ORDER

1

## [PROPOSED] ORDER

Having considered the stipulation of Defendant Chase Bank, N.A. ("Defendant") and Plaintiffs Jessica Toles and Shana Cole (collectively "Plaintiffs") for an order extending Defendant's time to file a responsive pleading to Plaintiffs' First Amended Complaint, the Court rules as follows:

1. Chase Bank, N.A. may file a responsive pleading within thirty (30) days of the filing of Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED.

Dated:   October 14, 2025                        _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE