**MCGUIREWOODS LLP**
Anthony Q. Le SBN #300660
ale@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Phone: 310-315-8200
Fax: 310-315-8210

Alexandra S. Farley SBN #339924
afarley@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

*Attorneys for Defendant TD Bank, N.A.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA TOLES AND SHANA COLE,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION, LLC, ALLY FINANCIAL INC., BANK OF AMERICA N.A., GLOBAL LENDING SERVICES LLC, GILL MOTORS, INC., WESTLAKE SERVICES, LLC, WELLS FARGO BANK N.A., FIFTH THIRD BANK, N.A., ECHOPARK AUTOMOTIVE, INC., CHASE BANK, N.A., TD BANK, N.A., AND GILL MOTORS TRACY, INC.,<br><br>Defendant. | CASE NO. 2:24-cv-00303-JDP<br><br>Judge Jeremy D. Peterson<br><br>**[PROPOSED] ORDER GRANTING THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>FAC Filed: April 16, 2025<br>Current Response Date: September 16, 2025<br>Proposed Response Date: 30 days after SAC Filed |

# [PROPOSED] ORDER

Having considered the stipulation of Plaintiffs Jessica Toles and Shana Cole ("Plaintiffs") and Defendant TD Bank, N.A. ("TDBNA") (collectively, the "Parties") for an order extending TDBNA's time to respond to the First Amended Complaint (Dkt. 18), the Court rules as follows:

1. TDBNA's response to the First Amended Complaint is extended until 30 days after the filing of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   October 14, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE