Elliot Gale (Bar # 263326)
egale@gajplaw.com
Gale Angelo Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph.
916-282-0771 fax

Attorneys for Plaintiff
Jessica Toles and Shana Cole

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA TOLES & SHANA COLE , <br><br>          Plaintiff, <br><br>   v. <br><br> EQUIFAX INFORMATION SERVICES, ET AL. <br><br>          Defendants. | Case No.: 2:24-cv-00303-JDP <br><br> **~~PROPOSED~~ ORDER** |

    Having reviewed the stipulation of the parties and for good cause appearing, plaintiffs shall file their Amended Complaint no later than January 5th, 2026

IT IS SO ORDERED.

Dated:   December 30, 2025                    _____
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE