Elliot Gale (Bar # 263326)
egale@gajplaw.com
Gale Angelo Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph.
916-282-0771 fax

Attorneys for Plaintiff
Jessica Toles and Shana Cole

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| JESSICA TOLES & SHANA COLE<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, ET AL.<br><br>Defendants. | Case No.: 2:24-cv-00303-JDP<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE JEREMY PETERSON**

Plaintiff respectfully notifies the Court that Plaintiff and TD Bank NA have settled all claims between them in this matter. Each party will bear its own attorneys' fees and costs. Plaintiff will present dismissal documents to the Court as soon as possible and requests 60 days to finalize settlement and performance. Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully Submitted,

Date: February 10, 2026

*/S/ Elliot Gale*
Elliot Gale
GAJ P.C.
egale@gajplaw.com
P: 916-290-7778
F: 916-721-2767